UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-20-240-F |
| ) | |
| BOBBY CHRIS MAYES, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT BOBBY CHRIS MAYES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT WRITTEN OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW, Bobby Chris Mayes ("Chris Mayes") by and through his attorney, Bill Zuhdi, respectfully moves this Honorable Court for an extension of time of twenty-one days in which to submit written objections to the Presentence Investigation Report prepared December 22, 2022. In support, Chris Mayes through counsel states as follows: for a due date of

1. The final date to submit written objections to the Presentence Investigation Report is Thursday, January 5, 2023.

2. An extension of 21 days in which to submit written objections would make the due date Thursday, January 26, 2023.

3. The extension of time is necessary to properly analyze and submit written objections to the Presentence Investigation Report and to address other matters raised in the

Presentence Investigation Report.

4. No motion for extension of time to submit written objections to the Presentence Investigation Report has been previously requested.

5. The government has no objection to this motion.

WHEREFORE, Chris Mayes respectfully requests the Court grant this motion for extension of time to submit written objections to the Presentence Investigation Report with a due date of Thursday, January 26, 2023.

Respectfully submitted,

s/Bill Zuhdi
Bill Zuhdi, OBA #10013
Bill Zuhdi, Attorney at Law, P.C.
P.O. Box 1077
Oklahoma City, OK  73101
(405) 232-1400 (office)
(405)920-6164 (facsimile)

**ATTORNEY FOR DEFENDANT
BOBBY CHRIS MAYES**

### Certificate of Service

I hereby certify that on December 30, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

AUSA Thomas Snyder
USPO Whitney B. Chakroun *via email* Whitney_Chakroun@okwp.uscourts.gov

s/Bill Zuhdi
Bill Zuhdi