# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No.  CR-20-240-F** |
| | ) | |
| **BOBBY CHRIS MAYES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT BOBBY CHRIS MAYES'
### UNOPPOSED FIFTH MOTION FOR EXTENSION OF TIME TO FILE
### MEMORANDUM IN SUPPORT OF BOBBY CHRIS MAYES' MOTION UNDER
### 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE
### BY A PERSON IN FEDERAL CUSTODY

Comes now, Movant Bobby Chris Mayes, respectfully moves this Honorable Court for an unopposed extension of time of nine days, from March 5, 2025, or until March 14, 2025, to file his Memorandum in Support of Bobby Chris Mayes' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody (memorandum in support) [Doc. 401].  In support, Mr. Mayes through counsel states as follows:

1.      Additional time is requested to prepare the Memorandum in Support.  Mr. Mayes has previously requested four unopposed extensions of time for the filing of the memorandum in support of his motion to vacate [Doc. 402] which have been granted.

-1-

2.      On Saturday, February 22, 2025, counsel's stepmother passed away resulting in this

request for additional time to file the memorandum.

3.      The government has no objection to this motion.

WHEREFORE, Mr. Mayes respectfully requests this Court grant his motion for

extension of time to file the Memorandum in Support of Bobby Chris Mayes' Motion Under

28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody,

and that the Memorandum in Support shall be due no later than March 14, 2025.

Respectfully submitted,


s/Bill Zuhdi_____
Bill Zuhdi, OBA #10013
Bill Zuhdi, Attorney at Law, P.C.
P.O. Box 1077
Oklahoma City, OK  73101
(405) 232-1400 (office)
(405)920-6164 (facsimile)
**ATTORNEY FOR MOVANT/DEFENDANT
BOBBY CHRIS MAYES**

**<u>Certificate of Service</u>**

I hereby certify that on February 24, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

AUSA Thomas Snyder

s/Bill Zuhdi
Bill Zuhdi