RE: Chris Mayes Case No. CR-20-240-F

From: Scott Adams (sadams@scottadamslaw.com)
To: zlawoffice@aol.com
Date: Monday, October 28, 2024 at 02:38 PM CDT

Dear Mr. Zuhdi,

I appreciate your email. Unfortunately, I do not believe I have anything that can be of any assistance. Mr. Elliott never provided me with any handwritten statement that I did or did not give to the Government. The only statement that the Government ever received from Mr. Elliott, that I am aware of, was a proffer offered by me. I hope this answers your question. If you need anything in addition, do not hesitate to contact me.

Sincerely,
R. Scott Adams
Adams & Associates, P.C.
300 North Walker Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 232-9100 (Telephone)
(405) 232-9114 (Facsimile)
(405) 990-4393 (Mobile)
Life member NACDL

**Confidentiality Notice**
This email, which includes any files transmitted with it, contains confidential information and is intended solely for the use of the individual or entity to whom it is addressed. This email may contain information protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, please be advised that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender immediately by a "reply to sender only" message and destroy all electronic and hard copies of this email and any attached files.

**From:** The Zuhdi Law Firm <zlawoffice@aol.com>
**Sent:** Saturday, October 26, 2024 4:27 PM
**To:** Scott Adams <sadams@scottadamslaw.com>
**Subject:** Chris Mayes Case No. CR-20-240-F

Hi Scott,

I represent Chris Mayes in a 2255 Motion. I have a question from the trial of Chris Mayes, and a question regarding 4 pages of handwritten notes.

(1) Regarding handwritten letter. During the trial, Andy Elliott testified about a handwritten letter. Do you know what this handwritten letter is and do you have a copy? If so, would you please email a copy to me.

I had contacted Tom Snyder on this matter and he let me know he checked with you.

This is an excerpt of the testimony during the trial.

**Exhibit 2**

Q. (By Mr. Behenna) Did they ever ask you to give a statement about what you would say before you got immunity?

A. (By Andy Elliott): We gave them a handwritten letter --

Q. Right, your lawyer --

A. -- before that.

Vol. III, Tr. 590. Please see attached excerpt from the trial.

(2) Regarding four handwritten pages. There are 4 handwritten pages with numbered paragraphs 1-13 in our possession that we believe based on the evidence were written by Andy Elliott. Can you please let me know ASAP what you know or as much as you know about these 4 handwritten pages with numbered paragraphs 1-13 that we believe based on the evidence were written by Andy Elliott.

I'd appreciate it if you could answer questions (1) and (2) unless you believe the attorney/client privilege applies.

Thank you,

Bill

Bill Zuhdi, J.D.

The Zuhdi Law Firm

bill@billzuhdi.com



http:// www.billzuhdi.com/

PO Box 1077

Oklahoma City, OK 73101

405.232.1400 (office)

405.920-6164 (facsimile)



CONFIDENTIALITY NOTICE: *Attorney/client privileged communication. This e-mail message, and all attachments transmitted with it, contain legally privileged confidential information and/or attorney/client privileged communication intended solely for the use of the intended recipient. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you*

are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone at (405) 232-1400, or by electronic mail to info@billzuhdi.com and/or zlawoffice@aol.com and delete this message and all copies and backups thereof. Thank you.