# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. **CR-20-240-F** |
| ) | |
| BOBBY CHRIS MAYES, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW the United States of America, by Robert J. Troester, United States Attorney for the Western District of Oklahoma, through Thomas B. Snyder, Assistant United States Attorney, respectfully requests that this Court grant an extension of thirty (30) days to allow the United States to file its Response to Defendant Manuel Bobby Chris Mayes' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 422) in the above-captioned case. In support of this request, the United States informs the Court as follows:

1. On March 14, 2025, Defendant filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. (Doc. 422)

2. On March 17, 2025, the Court ordered the United States to file a response to Defendant's Motion by May 16, 2025. (Doc. 424)

3. On March 27, 2025, Defendant filed a Supplemental Memorandum in Support of his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. (Doc. 426)

4.      Several work-related commitments have prevented undersigned counsel from responding to the brief by the current due date. In particular, counsel was in a two-week trial that began on April 8, 2025 in *United States v. Gutierrez*, Case. No. CR-24-130-SLP. That was a five-defendant complex drug conspiracy and money laundering case, which concluded on April 18, 2025. Following that trial, counsel was out of the office for 2 days for personal travel and 3 days for a business-related trip. In addition to other more routine cases, counsel was involved in a substantial document production that was due in a complex health care and fraud case entitled *United States v. York, et al,* Case No. 24-CR-0249. For those reasons, it has not been possible to coordinate with trial counsel to evaluate the claims made in the motion and prepare a proper brief in opposition. .

5.      No previous extension has been requested and this motion is not made for purposes of delay.

6.      Bill Zuhdi, counsel for Defendant has no objection to this motion.

WHEREFORE, premises considered, the parties pray this Court enter an order extending the time in which to file its response to June 15, 2025.

>       Respectfully submitted,
>
>       ROBERT J. TROESTER
>       United States Attorney
>
>       *s/THOMAS B. SNYDER*
>       Assistant United States Attorney
>       Bar Number: 31428 (OK)
>       210 Park Avenue, Suite 400
>       Oklahoma City, Oklahoma 73102
>       (405) 553-8700 (Office)
>       (405) 553-8888 (Fax)
>       Thomas.Snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to:

    Bill Zuhdi, counsel for Defendant

                                            *s/ Thomas B. Snyder*
                                            Assistant U.S. Attorney