## AFFIDAVIT OF WILLIAM H. BOCK

THE UNDERSIGNED UPON OATH DEPOSES AND STATES AS FOLLOWS, TO-WIT:

I, William H. Bock, do swear or affirm all the following facts to be truthful and complete.

1. I was one of Chris Mayes' attorneys in the fall of 2020;

2. As an attorney, I worked on a variety of projects for Mr. Mayes;

3. As Mr. Mayes' legal issues were growing and he was indicted in this case, additional attorneys were brought on the team;

4. My role, as Mr. Mayes' counsel, was diminished, as additional attorneys were hired;

5. I picked up a set of files from Mr. Scott Adams law office on September 25, 2020, and delivered them immediately to Mr. Mayes' office on Lindsay Street in Norman, Oklahoma;

6. I recall Mr. Mayes contacting me by telephone within days of when I delivered the boxes back to his office;

7. Mr. Mayes identified some handwriting as being Andy Elliot's and he believed the notes showed some kind of scheme;

8. Generally, I recall Mr. Mayes believing the handwritten notes in question were on "smoking gun" or useful in his defense in some way;

9. We, as Mr. Mayes' attorneys, met at Ms. Behenna's office periodically to speak about issues and assignments;

10. I do recall Mr. Mayes inquiring about the notes on a few occasions during said meetings. (Please take note, the meetings I am speaking of would have occurred months or years prior to the trial);

11. As the trial approached, I do not recall the subject matter of the notes being discussed;

12. As the trial was getting scheduled and approaching, my assignment did not include any trial preparations regarding Andy Elliot's testimony;

13. As the trial approached, I did not meet with or discuss anything specific with Mr. Mayes regarding Mr. Elliot's testimony;

14. Mr. Mayes did not discuss with me several times that he wanted to use the handwritten notes at the trial;

15. I did not discuss any specifics regarding Mr. Elliot's testimony with Mr. Mayes;

16. I am not aware of any arguing being present during the trial between any of the attorneys or Mr. Mayes;

17. I do not recall Mr. Mayes being angry after Mr. Elliot's testimony;

18. I do recall Mr. Mayes stating he wished the cross-examination was stronger; However, I do not recall Mr. Mayes saying anything regarding the handwritten notes at said time;

19. I do not recall seeing a handwritten letter as mentioned in Mr. Mayes' motion;

20. Each day after trial, we would meet for some amount of time to discuss the days testimony along with issues for the next day;

21. At the conclusion of the trial, Mr. Mayes thanked us for the time and effort on his behalf;

22. At the conclusion of the trial, Mr. Mayes believed we would have prevailed; I was not

aware of any in fighting.

I do affirm and attest the above to be true and accurate.

William H. Bock, OBA# 13888
William H. Bock, Inc.
6402 North Santa Fe, Suite A
Oklahoma City, Oklahoma 73116
(405) 848-5400
(405) 848-5479 facsimile
Billybock@wbocklaw.com