

Rodney Hunsinger <rodney@hblawpartners.com>

## Andy Donna notes
1 message

**Chris Mayes** <chris@bigredsports.com>                                                             Mon, Aug 23, 2021 at 9:59 AM
To: Vicki Behenna <vzb@lawfirmokc.com>, Vicki Behenna <vzb@lawokc.com>, Rodney Hunsinger <rodney@hblawpartners.com>, Jordan Rachel <RJordan@lawokc.com>

I started going through my Tinker file today and came across notes Andy had written in reference to Donna's FBI interview and his thoughts.

I also have emails and texts. I will get the entire file to Rodney this week.

These are completely opposite what he told the FBI.

Sent from my iPhone

Begin forwarded message:

> **From:** Erin Allegre <erin@bigredsports.com>
> **Date:** August 23, 2021 at 9:43:21 AM CDT
> **To:** Chris Mayes <chris@bigredsports.com>
> **Subject: Fwd: Scanned image from MX-M363N**
>
>
> ---------- Forwarded message ---------
> From: **oklahomamotorprinter@gmail.com** <oklahomamotorprinter@gmail.com>
> Date: Mon, Aug 23, 2021 at 9:42 AM
> Subject: Scanned image from MX-M363N
> To: <ERIN@bigredsports.com>
>
>
> Reply to: oklahomamotorprinter@gmail.com <oklahomamotorprinter@gmail.com>
> Device Name: BIGRED MX-M363N
> Device Model: MX-M363N
> Location: Not Set
>
> File Format: PDF MMR(G4)
> Resolution: 200dpi x 200dpi
>
> Attached file is scanned image in PDF format.
> Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
> Adobe(R)Reader(R) can be downloaded from the following URL:
> Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.
>
>     http://www.adobe.com/

 **oklahomamotorprinter@gmail.com_20210823_102556.pdf**
166K