## <u>Timeline of Attorneys and Chris Mayes Receipt and Other Info Re: Elliott's Hand Written Notes</u>

**Sept 25, 2020** — Tinker file boxes that contained Elliott handwritten notes picked up from Adams' office by Bock

**October 6, 2020** — Govt. provides 1st batch of discovery to Mayes which contains 6/17/21 Donna Mullins' 302

**August 19, 2021** — Brett Behenna is added to the Google iDrive investigative folder

**August 23, 2021** — Email from Mayes to V. Behenna, Rodney Hunsinger, and Rachel Jordan with Elliott notes attached. Mayes states: "<u>I started going through my Tinker file today and came across notes Andy had written in reference to Donna's FBI interview</u>… These are completely opposite what he told the FBI"

**August 24, 2021** — Attorney Rodney Hunsinger uploads Elliott's notes to Google iDrive folder.

**August 31, 2021** — Yellow lined original handwritten notes are uploaded to the Google Drive by Rachel McDanel with Hunsinger law firm and *shared* with everyone on the folder including Brett Behenna

**November 2, 2021** — Elliot notes are uploaded and stored under the "Exhibits" folder on hard drive by Behenna firm

**November 3, 2021** — Trial begins. Elliott is not questioned about nor does he testify about handwritten notes. Elliott does not tell government about handwritten notes.

**February 3, 2025** — Deposition of Andy Elliott





Rodney Hunsinger shared 486 items

Aug 19, 2021, 2:36:05 PM

📄 Big Red - Assignme...

🅧 2015 NPG-Trident

🅧 2017 NPG-Trident

📄 Big Red--Gooch Bu...

🖼 TRIDENT CK 1191.png

📄 Amended and Rest...

🖼 TRIDENT CK 1139.png

🖼 TRIDENT CK 1012.p...

🖼 TRIDENT CK 1037.p...

🖼 TRIDENT CK 1200.p...

📄 ELLIOTT INTERVIE...

🖼 TRIDENT CK 1170.p...

🖼 TRIDENT CK 1036.p...

# Older

New Compliance Pr...

Manufacturer Agre...

Expert

First Investors

Hail Loss Claims

Correspondence wi...

Lien File

ACA

Investigation File (P...

Show less

 **bb**
Viewer

