IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-20-240-F |
| ) | |
| BOBBY CHRIS MAYES, ) | |
| ) | |
| Defendant. ) | |

**Declaration of Bobby Chris Mayes**

I, Bobby Chris Mayes declare as follows under penalty of perjury:

1. This Declaration is made based upon my personal knowledge and is made in support of my Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. I adopt and incorporate my previous Declaration filed on March 14, 2025 as if repeated verbatim herein. Doc. no. 401-4.

2. I am currently incarcerated at Texarkana FCI, 4001 Leopard Drive, Texarkana, TX 75501 and am of lawful age. My Register Number is: 09413-509.

3. On August 23, 2021, when I found Mr. Elliott's handwritten notes in the box that contains the Tinker files that Mr. Bock had picked up from Mr. Adams' office, I immediately wrote an email that same day to Vicki Behenna, Rodney Hunsinger, and Rachel Jordan. In the email, I told my counsel how I found the notes and stated the following: "I started going through my Tinker file today and came across notes Andy

-1-

had written in reference to Donna's FBI interview and his thoughts...These are completely opposite what he told the FBI." See Exhibit 1 to my Reply.

4. I clearly explained to trial counsel in that email how I came to possess Andy Elliott's notes.

5. I never kept from trial counsel how I obtained Elliott's handwritten notes.

6. I never told Mr. Behenna that I could not tell him how I got Andy Elliott's notes in order to protect him.

7. I never presented Elliott's handwritten notes to Mr. Behenna in a secretive manner. I never kept the origins of the notes from Mr. Behenna or any other trial counsel. I never told Mr. Behenna I just wanted him to see the notes.

8. I told trial counsel exactly where Andy Elliott's handwritten notes came from and how and when I took possession of the hand written notes. There was no secret how I got the notes from the Tinker box; I told them exactly where I came across Andy Elliott's notes.

9. I had nothing to do with writing Andy Elliott's notes. I did not have a hand in generating the notes as claimed by Andy Elliott in his deposition.

10. On August 24, 2021, Rodney Hunsinger uploaded the handwritten notes to the investigative iDrive folder.

11. In Mr. Behenna's Affidavit, he states he "...did not know where the handwritten notes came from or how or when Mr. Mayes took possession of it." [Doc. 437-3, ¶26]. My

email to Ms. Behenna, Ms. Jordan, and Mr. Hunsinger states where the handwritten notes came from and how I took possession of the notes.

12. I told my counsel I recognized Elliott's handwriting, I told them he had written the handwritten notes, and told them how I found the notes and when.

13. I have read Mr. Behenna's Affidavit. Mr. Behenna claims I "understood" his "concerns" and "he just wanted me to see it." I never told any trial counsel I "understood" or agreed with the decision not to use Andy Elliott's notes. I never told Mr. Behenna I just wanted him to "see" the notes. I specifically told trial counsel I wanted to use the notes at trial to impeach Mr. Elliott.

Dated: _____     _____
                                                                                   Bobby Chris Mayes